**THIS ORDER IS APPROVED.**

**TIFFANY & BOSCO** P.A.

Dated: November 05, 2009



2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19796/501090051

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:09-bk-07011-JMM |
| Douglas G. Eichenberger and Calla B. Eichenberger<br>Debtors. | Chapter 7 |
| Flagstar Bank, FSB | ORDER APPROVING<br>STIPULATION FOR REMOVAL<br>OF BANKRUPTCY STAY |
| Movant,<br>vs. | 4559 West 18th Place<br>Yuma, AZ 85364<br>(1st Lien) |
| Douglas G. Eichenberger and Calla B.<br>Eichenberger, Debtors; Lawrence J. Warfield,<br>Trustee.<br><br>Respondents. | |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the Deed of Trust recorded , in the records of the Yuma County, Arizona Recorder's Office, wherein

Douglas G. Eichenberger and Calla B. Eichenberger, are designated as trustors and Flagstar Bank, FSB is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 334, of SIERRA SUNSE UNIT NO.5, according to the Plat of record in the office of theCounty Recorder of Yuma County Arizona recorded in Book 13 of Plats, page 53. EXCEPT all coal and other minerals reserved in patent from state of Arizona prusuant to act of congress, dated January 23, 1987.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this \_\_\_\_\_ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE