THIS ORDER IS APPROVED.

Dated: December 17, 2009



*James M. Marlar*
**JAMES M. MARLAR**
Chief Bankruptcy Judge

PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorneys for MERS INC., as nominee for
Chase Home Finance LLC
[FILE 09-012254 CHE]

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DOUGLAS G. EICHENBERGER AND CALLA B. EICHENBERGER,<br><br>Debtor.<br><br>MERS INC., AS NOMINEE FOR CHASE HOME FINANCE LLC, its assigns and / or successors-in-interest,<br>Movant,<br>v.<br>DOUGLAS G. EICHENBERGER AND CALLA B. EICHENBERGER, Lawrence J. Warfield, Trustee,<br>Respondents. | Case # 0:09-bk-07011-JMM<br><br>Chapter 13 Proceedings<br><br><br>**STIPULATED ORDER LIFTING THE AUTOMATIC STAY**<br><br>Re: Real Property located at 2155 South 14th Avenue Yuma, AZ 85364 |

The parties undersigned, having stipulated to lift the stay, the court finds that a Motion for Relief From the Automatic Stay has been filed with the Court and served upon interested parties in the above captioned matter by MERS INC., as nominee for Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief as more fully stated herein;

**THEREFORE, IT IS ORDERED:**

CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 2155 South 14th Avenue, Yuma, AZ 85364 and legally described as:

> LOT 50, VISTA DEL VALLE NO. 3, ACCORDING TO BOOK 8 OF PLATS, PAGE 48, RECORDS OF YUMA COUNTY, ARIZONA

1. CHASE may begin foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

2. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
James M. Marlar
U. S. Bankruptcy Court Judge

```
 1  Re:  CASE # 0:09-bk-07011-JMM
 2  APPROVED AS TO FORM AND CONTENT BY:
 3  
 4  Robert M. Cook
    Attorney for Debtor
 5  
 6  
 7  Jason P. Sherman
    Attorney for CHASE
```